**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Torrance Vernard BOYD,**
**Defendant–Appellant.**

**No. 05–15147**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 27, 2006.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Lisa Call, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Torrance Vernard Boyd in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Boyd's convictions and sentences are **AFFIRMED.**